LAW OFFICES OF
**NATALI J.H. TODD, P.C.**

NATALI J.H. TODD
MEMBER: NY & MA BAR

26 COURT STREET
SUITE 413
BROOKLYN, NY 11242-1134

Tel: 718-797-3055
Fax: 718-504-3900
E-mail: *natali_todd@yahoo.com*
www.natalitoddlawyer.com

January 17, 2020        **MEMO ENDORSED**

Honorable Richard M. Berman
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/17/2020
```

Re:  *U.S. v. Barrett*, 09 Cr. 765(RMB)
      *Adjournment of Sentence Hearing*

Dear Judge Berman:

I write with the consent of AUSA Maimin to respectfully seek an adjournment of Mr. Barrett's sentence hearing which is currently scheduled for Tuesday, January 21, 2020 because Mr. Barrett is yet to be sentenced on his EDNY case. As discussed on the last court date, the preference was to sentence Mr. Barrett on his VOSR after he has been sentenced on his EDNY case which I have learned is scheduled for March 27, 2020. Accordingly, we respectfully request that the Court adjourn the January 21, 2020 sentence hearing to a date after the March 21, 2020 EDNY sentence date. Mr. Barrett does not object to the adjournment request.

Your Honor's consideration of this request is much appreciated.

Respectfully,

/s/
Natali Todd

> Sentence adjourned to
> April 7, 2020 at 11:00 AM.
>
> SO ORDERED:
> Date: 1/17/2020    *Richard M. Berman*
>                    Richard M. Berman, U.S.D.J.