**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                    09 CR. 765 (RMB)
   -against-

                                                    **ORDER**

LAVON BARRETT,
                Defendant.
------------------------------------------------------------X

      The status conference previously scheduled for Tuesday, September 29, 2020 at 9:00 am is hereby rescheduled to Tuesday, November 10, 2020 at 10:30 am.

      Participants, members of the public and the press can use the following dial-in information:

      USA Toll-Free Number: (877) 336-1829
      Access Code: 6265989
      Security Code: 0765

Dated: September 23, 2020
       New York, NY

                                            _____
                                               RICHARD M. BERMAN
                                                     U.S.D.J.