**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
               Government,

   -against-

LAVON BARRETT,
               Defendant.
------------------------------------------------------------X

09 CR. 765 (RMB)

**ORDER**

      In light of the continuing COVID-19 pandemic, the sentencing scheduled for Thursday, May 27, 2021 at 9:00 AM is being held by video via CourtCall pursuant to the CARES Act and applicable implementing court procedures.

      Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    USA Toll-Free Number: (855) 268-7844
    Access Code: 32091812#
    PIN: 9921299#

Dated: May 20, 2021
       New York, NY

                                  _____
                                      RICHARD M. BERMAN
                                           U.S.D.J.