**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,           :

                              Government,     :      09 CR. 765 (RMB)

           - against -                 :      **ORDER**

LAVON BARRETT,                    :

                              Defendant.     :
-------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, October 10, 2024 at 11:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

## Microsoft Teams
### Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 504 074 763#

Dated: October 1, 2024
       New York, NY

                                             */s/ Richard M. Berman*
                                         **RICHARD M. BERMAN**
                                                 **U.S.D.J.**