UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,
                               Government,

           -against-

LAVON BARRETT,
                              Defendant.
-------------------------------------------------------------X

09 CR 765 (RMB)

**ORDER**

**Richard M. Berman, U.S.D.J.:**

      C.J.A. attorney Donald Duboulay is appointed to represent Defendant effective October 10, 2024.

Dated: New York, New York
       October 10, 2024

                                                    _____
                                                    **Hon. Richard M. Berman, U.S.D.J.**