**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Government, | : | 09 CR. 765 (RMB) |
| | : | |
| - against - | : | **ORDER** |
| | : | |
| | : | |
| LAVON BARRETT, | : | |
| | : | |
| Defendant. | : | |

------------------------------------------------------------x

The supervised release hearing scheduled for Wednesday, November 13, 2024 at 11:00 A.M. will take place in Courtroom 17B.

Dated: November 6, 2024
      New York, NY

_____
RICHARD M. BERMAN
U.S.D.J.