UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,                         :
                                                  :
                    Government,      :       09 CR. 765 (RMB)
                                                  :
       - against -                               :       **ORDER**
                                                  :
LAVON BARRETT,                                    :
                                                  :
                    Defendant.       :
------------------------------------------------------------x

       The supervised release hearing is scheduled for Thursday, February 6, 2025 at 9:00 A.M.

       In the absence of defense objection, the proceeding will be held by video.

## Microsoft Teams
### Join the meeting now

       Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

   Dial-in Number: (646) 453-4442
   Conference ID: 992 739 313#

Dated: January 29, 2025
       New York, NY

                                              */s/ Richard M. Berman*
                                           **RICHARD M. BERMAN**
                                                 **U.S.D.J.**