UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                    :
                                             :
                    Government,              :        09 CR. 765 (RMB)
                                             :
        - against -                          :        **ORDER**
                                             :
LAVON BARRETT,                               :
                                             :
                    Defendant.               :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Monday, March 17, 2025 at 9:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

# Microsoft Teams
## Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 552 442 354#

Dated: March 12, 2025
       New York, NY

                                              _____
                                                   RICHARD M. BERMAN
                                                        U.S.D.J.