**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :
                  Government,      :       09 CR. 765 (RMB)
                                           :
        - against -                       :       **ORDER**
                                           :
LAVON BARRETT,                             :
                                           :
                  Defendant.       :
-----------------------------------------------------------------x

The supervised release hearing is scheduled for Tuesday, June 24, 2025 at 1:00 P.M.

On all parties' consent, the proceeding will be held by video.

## Microsoft Teams
### Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 788 766 271#

Dated: June 18, 2025
       New York, NY

                                                    RICHARD M. BERMAN
                                                              U.S.D.J.