UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,                         :
                                                  :
                          Government,             :     09 CR. 765 (RMB)
                                                  :
              - against -                         :     **ORDER**
                                                  :
LAVON BARRETT,                                    :
                                                  :
                          Defendant.              :
-----------------------------------------------------------------x

The supervised release hearing is scheduled for Wednesday, October 22, 2025 at 9:00 A.M.

On all parties' consent, the proceeding will be held by video.

## Microsoft Teams
### [Join the meeting now](#)

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

Dial-in Number: (646) 453-4442
Conference ID: 493 950 666#

Dated: October 15, 2025
       New York, NY

                                         _____
                                         **RICHARD M. BERMAN**
                                                **U.S.D.J.**