UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :
                         Government,          :          09 CR. 765 (RMB)
                                           :
        - against -                     :          **ORDER**
                                           :
LAVON BARRETT,                             :
                                           :
                         Defendant.           :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Monday, November 24, 2025 at 9:00 A.M.

On all parties' consent, the proceeding will be held by video.

## Microsoft Teams
### Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

Dial-in Number: (646) 453-4442
Conference ID: 626 017 966#

Dated: November 19, 2025
       New York, NY

                                                     **RICHARD M. BERMAN**
                                                          **U.S.D.J.**