**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,            :

                       :

             Government,     :      09 Cr. 765 (RMB)

                       :

     - against -          :      **ORDER**

                       :

                       :

LAVON BARRETT,              :

                       :

            Defendant.     :
-------------------------------------------------------------x


      The supervised release hearing scheduled for January 13, 2026 at 11:00 A.M. will take place in Courtroom 17B.


Dated: January 8, 2026
     New York, NY


                          _Richard M. Berman_
                          **RICHARD M. BERMAN**
                              **U.S.D.J.**