**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x

UNITED STATES OF AMERICA,                   :

                        Government,          :          09 Cr. 765 (RMB)

        - against -                          :          **ORDER**

LAVON BARRETT,                                 :

                       Defendant.          :

------------------------------------------------------------------x


The supervised release hearing previously scheduled for January 13, 2026 at 11:00 AM is adjourned to January 21, 2026 at 10:00 a.m. in courtroom 17B.


SO ORDERED.

Dated: January 13, 2026
       New York, NY

                                           **RICHARD M. BERMAN**
                                              **U.S.D.J.**