**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x

UNITED STATES OF AMERICA,                  :

                                           :

                     Government,           :          09 Cr. 765 (RMB)

                                           :

        - against -                        :          **ORDER**

                                           :

                                           :

LAVON BARRETT,                             :

                                           :

                     Defendant.            :

-------------------------------------------------------------------x


     The supervised release hearing scheduled for January 21, 2026 at 10:00 A.M. will take place in Courtroom 17B.


Dated: January 15, 2026
     New York, NY


                                                    **RICHARD M. BERMAN**
                                                        **U.S.D.J.**