**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x

UNITED STATES OF AMERICA,                    :

                        Government,        :        09 Cr. 765 (RMB)

             - against -                      :        **ORDER**

                         :

LAVON BARRETT,                                :

                       Defendant.         :
-----------------------------------------------------------------x

The supervised release hearing is scheduled for February 3, 2026 at 1:00 P.M. on Microsoft Teams. The Court will send the link by email.

Dated: January 29, 2026
      New York, NY

                                      **RICHARD M. BERMAN**
                                          **U.S.D.J.**