**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x

UNITED STATES OF AMERICA,          :

                                 :

              Government,      :        09 Cr. 765 (RMB)

                                 :

        - against -           :        **ORDER**

                                 :

LEVON BARRETT,              :

                                 :

              Defendant.      :

-------------------------------------------------------------------x

The supervised release hearing is scheduled for March 9, 2026 at 10:00 A.M. on Microsoft Teams. The Court will send the link by email.

Dated: March 5, 2026
      New York, NY

**RICHARD M. BERMAN**
**U.S.D.J.**