**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,

                Government,            09 Cr. 765 (RMB)

       - against -               **ORDER**

LAVON BARRETT,

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      The supervised release hearing is scheduled for May 14, 2026 at 9:00 A.M. on Microsoft Teams. The Court will send the link by email.

Dated: May 8, 2026
     New York, NY

                            **RICHARD M. BERMAN**
                                 **U.S.D.J.**