**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- ------------------------------------ x

UNITED STATES OF AMERICA,

      Government,     09 Cr. 765 (RMB)

   - against -       **ORDER**

LAVON BARRETT,

      Defendant.
- ------------------------------------ x

  The supervised release hearing is scheduled for May 14, 2026 at 9:00 A.M. on Microsoft Teams. The Court will send the link by email.

Dated: May 8, 2026
   New York, NY

          RMB

         **RICHARD M. BERMAN**
           **U.S.D.J.**