**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
UNITED STATES OF AMERICA,    :
             :
        Government,  :   09 CR. 765 (RMB)
             :
    - against -     :   **ORDER**
             :
LAVON BARRETT,     :
             :
       Defendant.  :
---------------------------------------------------------------x

   The supervised release hearing is scheduled for Thursday, June 18, 2026 at

9:00 A.M.

   The court will send the link via email.

Dated: June 10, 2026
   New York, NY

                  **RICHARD M. BERMAN**
                    **U.S.D.J.**