**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Government, | : | 09 CR. 765 (RMB) |
| - against - | : | **ORDER** |
| LAVON BARRETT, | : | |
| Defendant. | : | |

--------------------------------------------------------------x

The supervised release hearing is scheduled for Tuesday, August 18, 2026 at 9:00 A.M.

The court will send the link via email.

Dated: August 12, 2026
New York, NY

RMB

**RICHARD M. BERMAN**
**U.S.D.J.**